UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                Plaintiffs,        Docket No.: 09-cv-8686 (RWS)(FM)

        -against-                **ORDER**

DISTINGUISHED PROPERTIES UMBRELLA
MANAGERS, INC., DISTINGUISHED PROGRAMS
INSURANCE BROKERAGE LLC, AND THE
DISTINGUISHED PROGRAMS GROUP, LLC,

                Defendants.
----------------------------------------------------------X

       Upon review of Defendants' <u>unopposed</u> request for a 14-day extension of time, to and including November 24, 2009, in which to respond to the Complaint, it is hereby ORDERED, that Defendants' unopposed request for a 14-day enlargement is <u>GRANTED</u>, it is further ORDERED, that Defendants shall respond to the Complaint on or before November 24, 2009.

                                                            _____
                                                           U.S.D.J.

                                                                     10-26-09

TO:    Daniel C. Theveny, Esq.
         COZEN O'CONNOR
         Attorneys for Plaintiff
         1900 Market Street
         Philadelphia, PA 19103

         John B. Galligan, Esq.
         COZEN O'CONNOR
         Attorneys for Plaintiff
         45 Broadway, 16th Floor
         New York, NY 10006

         Janene M. Marasciullo, Esq.
         Jennifer E. Sherven, Esq.
         KAUFMAN DOLOWICH VOLUCK & GONZO LLP
         Attorneys for Defendants
         135 Crossways Park Drive, Suite 201
         Woodbury, New York 11797
         (516) 681-1100

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09
```